# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

RONALD MCGRAW,

      **Plaintiff,**

v.

PROVIDENCE MANAGEMENT
COMPANY, LLC, agent of Stratford
Apartments,

      **Defendant.**

**CIVIL ACTION FILE**

**NO. 1:22-CV-0668-MHC**

## ORDER

On June 28, 2022, this Court issued an Order directing Plaintiff Ronald McGraw ("McGraw") to file an amended complaint within twenty-one (21) days—i.e., by July 19, 2022. See June 28, 2022, Order [Doc. 4] at 5. The Court explained that "[i]t is not facially apparent that the Court has subject matter jurisdiction over Plaintiff's claim[,]" but stated "the district court abuses its discretion if it does not provide a pro se plaintiff 'at least one chance to amend before the court dismisses with prejudice.'" Id. at 4-5 (quoting Woldeab v. Dekalb Cnty. Bd. of Educ., 885 F.3d 1289, 1291 (11th Cir. 2018) (internal quotations and citations omitted)). The Court stated that failure to file an amended complaint correcting the pleading deficiencies "will result in the Court dismissing this action

with prejudice for lack of subject matter jurisdiction." Id. at 5.  As of the date of

this Order, McGraw has not complied with this Court's June 28, 2022, Order, nor

has he made any attempt to communicate with the Court.

Accordingly, it is hereby **ORDERED** that this action is **DISMISSED**

**WITH PREJUDICE** for lack of subject matter jurisdiction.[1]

The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED** this 26th day of July, 2022.

MARK H. COHEN
United States District Judge

---

[1] In addition, the local rules permit this Court to dismiss a civil case for failure to comply with a lawful order of this court.  See LR 41.3A(2), NDGa ("The Court may, with or without notice to the parties, dismiss a civil case for want of prosecution if: A plaintiff or plaintiffs attorney shall, after notice . . . fail or refuse to obey a lawful order of the Court in the case[.]").

2